Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida
### ~~Jacksonville~~ Division

| | |
|---|---|
| GREGORY JOHNSON | Case No. 3:17-cv-998-J-3?JRK |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

CAPT·GRIFFIN
WARDEN TONY ANDERSON, SERGEANT MCKINLEY, C/O BRYANT

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name  GREGORY  JOHNSON

All other names by which
you have been known:  GREGORY GLENN JOHNSON JR , GREGG JOHNSON , GREG JOHNSON

ID Number  W08280

Current Institution  SUWANNEE CORRECTIONAL INSTITUTION

Address  5964  US HIGHWAY 90

LIVE OAK          FL          32060
_City_               _State_          _Zip Code_

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
Name  TONY  ANDERSON
Job or Title *(if known)*  WARDEN
Shield Number
Employer  FLDOC
Address  10650 S.W. 46TH STREET (HAMILTON C.I.)
Jasper          FL          32052
_City_               _State_          _Zip Code_
☑ Individual capacity     ☑ Official capacity

Defendant No. 2
Name  McKINLEY
Job or Title *(if known)*  SERGEANT
Shield Number
Employer  FLDOC
Address  10650 S.W. 46TH STREET (HAMILTON C.I.)
Jasper          FL          32052
_City_               _State_          _Zip Code_
☑ Individual capacity     ☑ Official capacity

Defendant No. 3
    Name      BRYANT
    Job or Title *(if known)*    CORRECTION OFFICER
    Shield Number
    Employer      FL DOC (HAMILTON C.I.)
    Address      10650 S.W. 46TH STREET
          JASPER      FL     32060
             *City*        *State*     *Zip Code*
          ☑ Individual capacity    ☑ Official capacity

Defendant No. 4
    Name      GRIFFIN
    Job or Title *(if known)*    CAPTAIN
    Shield Number
    Employer      FL DOC (HAMILTON C.I)
    Address      10650 S.W. 46TH STREET
          JASPER      FL     32060
             *City*        *State*     *Zip Code*
          ☑ Individual capacity    ☑ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8TH AMENDMENT, PRISONER RIGHTS, SAFETY, CRUEL 3 UNUSUAL PUNISHMENT, EXCESSIVE FORCE

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

N | A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

SEE ATTACHED ON BACK OF THIS PAGE

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N | A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

THE EVENTS HAD TAKEN PLACE AT HAMILTON C.I. INSIDE E-DORM- 12-28-16

# BASIS FOR JURISDICTION (D)

WARDEN TONY ANDERSON, ACTED "UNDER COLOR OF ANY STATUE, ORDINANCE, REGULATION, CUSTOM, OR USAGE OF ANY STATE OR TERRITORY OR THE DISTRICT OF COLUMBIA", BY ALLOWING HIS OFFICERS TO USE "EXCESSIVE FORCE" UPON ME AND THEN AUTHORIZING MY IMMEDIATE TRANSFER ONLY A COUPLE HOURS AFTER THE INCIDENT SO THAT I WOULD BE DENIED "DUE PROCESS" TO BE ABLE TO ACQUIRE THE NAMES AND BADGE #'S OF ALL INVOLVED OFFICERS THEREFORE HENDERING MY INVESTION WHEN I WAS NOT EVEN A THREAT TO THE INSTITUTION.

SERGEANT MCKINLEY, WAS THE INITIAL OFFICER TO SPRAY ME WITH CHEMICAL AGENTS WHEN I POSED NO THREAT TO MYSELF NOR ANY OTHER INMATE OR OFFICER. I WAS ON MY KNEES DECLARING A MEDICAL EMERGENCY A THE TIME I WAS SPRAYED AND PLUMELLED WITH PUNCHES AND KICKS WHEN I WAS NOT RESISTING OR FIGHTING BACK.

OFFICER BRYANT, ASSISTED SERGEANT MCKINLEY IN PLUMELLETING ME WITH PUNCHES AND KICKS INSTEAD OF TRYING TO STOP THE "EXCESSIVE FORCE" FROM TAKING PLACE HE HELP CARRY OUT THE HORRIBLE ACT WHEN HE WAS SUPPOSED TO BE THERE FOR CARE, CUSTODY, AND MANAGEMENT WHICH ALL THREE OF THE ABOVE MENTIONED FAILED TO DO.

CAPTAIN GRIFFIN, WAS PRESENT IN THE LAUNDRY ROOM WHERE THE ASSAULT ON MY PERSON TOOK PLACE. HE EVEN PRATICAPATED IN THE ASSAULT BY KICKIN' ME IN THE MID-SECTION AND NOT STOPPING THE ENTIRE ORDEL.

C.    What date and approximate time did the events giving rise to your claim(s) occur?

12-28-16 BETWEEN 4 AND 5 pm   AND  12-29-16

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

SEE ATTACHED ON BACK SIDE OF THIS PAGE.

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

SEE ATTACHED MARKED INJURIES (EXHIBIT "A")

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

SEE ATTACHED MARKED RELIEF

EXHIBIT "A"

# STATEMENT OF CLAIM (D) PAGE ONE.

ON DECEMBER 28, 2016, I WAS GOING THROUGH PSYCHOLOGICAL PROBLEMS. I HAVE A LONG STANDING HISTORY OF BI-POLAR AND MANIC DEPRESSION. FAMILY ISSUES AS WELL AS SITUATIONS IN THE DORM PROMPT ME TO DECLARE A PSYCHOLOGICAL EMERGENCY.

I HURRIED TO PUT ON MY SHOE'S AND GATHER MY BELONGINGS BUT IT JUST SO HAPPENED TO BE COUNT TIME AT THE MOMENT SO I HAD TO WAIT. OFFICER ROMAN AND SGT. MCKINLEY WERE MAKING THEIR ROUNDS AT COUNT WHEN I ROSE MY HAND TO SPEAK TO SGT. MCKINLEY SINCE WE ARE SUPPOSED TO BE QUITE AT COUNT TIME. SGT. MCKINLEY TOLD ME TO GIVE HIM ONE MOMENT TO COUNT AND HE WOULD ADDRESS MY CONCERNS, AFTER HE HAD COMPLETED COUNT.

ONCE HE'D FINISHED COUNTING HE MOTIONED FOR ME TO GET UP AND FOLLOW HIM TO THE LAUNDRY ROOM (WHERE THERE ARE NO CAMERAS) AND WHILE WE WERE WALKING TOWARDS THE LAUNDRY ROOM HE HAD ASK ME WHY WAS I PUTTING ON MY SHOE'S "DID I WANT SOME REC OR SOMETHING?" (A FIGHT) TO WHICH I SAID "NO SIR", I'M DECLARING A PSYCHOLOGICAL EMERGENCY AND I NEED TO GET THE HELL OUT OF THE DORM BEFORE I LOST MY MIND.

UPON ENTERING THE LAUNDRY ROOM I NOTICE SGT. MCKINLEY TAKE OFF HIS HAT AND HIS SUNGLASSES. HE WAS ALSO ACCOMPANYED BY 3 OTHER OFFICERS (BRYANT, ROMAN, ?) AT THIS POINT I DISTANCED MYSELF AWAY FROM THE OFFICERS AND GOT DOWN ON MY KNEES WITH MY HANDS RAISED ABOVE MY HEAD TO SHOW THEM THAT I POSED NO THREAT. WHILE PUTTING ON HIS GLOVES SGT. MCKINLEY ASKED ME WHAT EXACTLY WAS GOING ON. AS I STARTED TO ELABORATED, SGT. MCKINLEY NOTIFIED ONE OF THE OTHER OFFICERS TO CALL FOR BACK UP AT THE SAME TIME CONVERGING UPON ME WHILE SPRAYING CHEMICAL AGENTS. I LAID DOWN ON THE GROUND COVERING MY FACE WHILE THEY PLUMELLED ME WITH KICKS AND PUNCHES.

I WAS YELLING AND SCREAMING FOR HELP AT WHICH POINT SGT. MCKINLEY AND OFFICER BRYANT KEPT REPEATING "STOP RESISTING", WHILE THEY KEPT ON BEAT-ING ME WHILE I WAS NOT RESISTING AT ALL. HITTING ME IN THE HEAD, FACE, MID-SECTION AND TWISTING MY LEG AND DOING SOMETHING STRANG AND PAINFUL TO MY TOE. I WAS RELENTLESSLY BEATED UNTIL I FELL UNCONSCIOUS.

HAND AND LEG RESTRAINTS WERE APPLIED TO ME AND I WAS CARRIED TO CONFINEMENT. I HAVE A LARGE TATTOO ON MY BACK THAT SAYS "KILLER", AND WHILE CARRYING ME TO CONFINEMENT I ASSUM MY SHIRT ROLLED UP EXPOSING THE TATTOO. I HEARD SGT. MCKINLEY SAY "OH YOUR A KILLER, HUH?", AT

# STATEMENT OF CLAIM (D) PAGE TWO.

WHICH POINT I FELT A SHARP PAIN TO MY LOWER BACK. THAT BROUGHT ME BACK TO CONSCIOUSNESS. I HEAR A VOICE ASK HOW I GOT THE CUTS ON MY BACK AND AS I TRY TO REPLY I STARTED COUGHING. AT WHICH POINT I HEARD THE CAPTAIN WHO'S NAME IS UNKNOWN TO ME, SAID "PUT THE SPIT SHEILD ON HIM", I DID NOT SPIT I ONLY COUGH AS A REFLEX FROM BEING SPRAYED, WHICH CHEMICAL AGENTS. I HEARD OTHER INMATES ASKING THE OFFICERS WAS THE GREGORY JOHNSON. WHICH IS THE REAL REASON THE SPIT GUARD WAS APPLIED. SO I SCREAM OUT YES THIS IS ME PLEASE HELP ME BECAUSE THEIR TRYING TO KILL ME.

ONCE WE MADE IT TO CONFINEMENT I WAS THROWN ON THE FLOOR AND MY PERSONAL SNEAKERS THAT WERE PURCHASE OFF OF CANTEEN WERE TAKEN OFF MY FEET AND NEVER RETURNED TO ME. THEN I WAS THROWN INTO THE SHOWER WITH MY HANDS STILL IN RESTRAINTS. WHILE STILL IN HAND RESTRAINTS I WAS CONSTANTLY BEING SPRAYED WITH CHEMICAL AGENTS. I WAS DISORIENTATED FROM BEING BEATEN AND SPRAYED SO I HAD NO IDEA WHERE I WAS OR WHICH ORDERS TO LISTEN TO.

AT ONE POINT WHILE OFFICER STONE/SLOAN IF I'M NOT MISTAKEN WAS OPERATING THE VIDEO CAMERA WHEN A "MAJOR", THAT I DON'T KNOW THE LAST NAME OF, CAME AND WHISPERED SOMETHING INTO HIS EAR THEN WALKED UP TO THE THE LOCKED SHOWER CAGE DOOR WHERE I WAS BEING HELD AND HE SPRAYED ME WITH CHEMICAL AGENTS WHILE I WAS STILL IN HAND RESTRAINTS AND IN NO WAY SHAPE OR FORM A THREAT TO ANYONE OFFICER OR INMATE, WHILE LOCKED AWAY IN THE SHOWER IN HAND RESTRAINTS.

I WAS SCREAMING FOR HELP AND HONESTLY DID NOT KNOW WHERE I WAS. I FINALLY GAIN MY BEARINGS AND LET THEM TAKE OFF THE HAND RESTRAINTS SO THAT I COULD CHANGE MY BLUE UNIFORM AND BE TAKEN TO A DECONTAMINATION SHOWER. AFTER THE DECONTAMINATION SHOWER AND YET ANOTHER SET OF BLUE'S I WAS ESCORTED TOWARDS THE EXIT OF THE DORM, WHICH IS LOCATED BY THE NURSES STATION.

I WAS SO SCARED FOR MY SAFETY AND WELL BEING AFTER ALL THE TRAMATIC EVENTS THAT HAD JUST TRANSPIRED, I DID NOT TRUST ANYONE NOT EVEN THE NURSE, IN FEAR OF BEING POSIONED WITH DIRTY OR USED EQUIPPMENT OR SOMETHING.

I WAS TAKEN DIRECTLY OUT OF CONFINEMENT AND ESCORTED TO THE FRONT OF THE INSTITUTION. I HAD ASKED THE CAPTAIN WHERE WAS I BEING TAKEN AND HE REPLIED "YOUR GETTING EMERGENCY TRANSFERED PER THE WARDEN",

## STATEMENT OF CLAIM (D) PAGE THREE

I WAS TRANSFERED DIRECTLY TO HAMILTON. C.I WERE I'M STILL
CURRENTLY LOCATED IN SEGREGATION ON CLOSE MANAGEMENT ONE
FOR THE FALSE DOCUMENTS PREPARED IN THE DISCIPLINARY REPORT THAT
WAS WRITTEN BY SGT. MCKINLEY. ONCE I FIRST ARRIVED AT HAMILTON
I WAS SHOWERED AGAIN AND GIVEN NEW BLUE'S TO PUT ON. MY VISION
HAD DIMINISHED SEVERELY FROM ALL THE CHEMICAL AGENTS.

    I KEEP ASKING FOR MEDICAL ASSITANCE AND WAS CONSTANTLY AND
NONCHALANTLY BRUSHED OFF AS IF NOTHING WAS WRONG WITH ME. SO
I WAS FORCE TO LICK MY OWN WOUNDS, THEY EVENTUALLY TOOK ME TO SEE
THE NURSE AND I WAS EVALUATED (EXHIBIT "A") EVEN AFTER THAT ENCOUNTER
WITH THE NURSE AND SEVERAL SICK CALLS (MEDICAL REQUEST) LATER I HAVE
YET TO BE TREATED BY A DOCTOR FOR ANY OF MY INJURIES. THEY'VE TAKEN
X-RAYS AND EVALUATED MY TEETH WHICH WERE ALSO DAMAGE FROM THIS
TRAIN OF EVENTS. YET I HAVENT RECEIVED ANY REAL MEDICAL ASSITANCE.
I'VE BEEN FORCED TO REHABILITATE MYSELF, MY VISION WAS SO BADLY
DAMAGED THE FIRST TO WEEKS HAD TO HAVE ASSITANCE IN PREPARING MY
GRIEVANCES FROM INMATES.

    I HAVE ALSO EXHAUSTED THE GRIEVANCE PROCEDURE AT THE
INSTITUTION LEVEL (EXHIBIT "B") WHICH HAS MADE ME GO TO THE
HIGHER COURTS.

# INJURIES

I was STRUCK several times in the head so my Right Ear's Hearing was Heavily Affected. My Right Eye, my Right Jaw. I get constant Headaches. Both of my shoulders still Hurt. My Right Elbow, the nerves in both my Hands, my left side lower back and hip, both of my knees and my Right big toe. I Have pain all the time.

The only medical attention I've had were them documenting my injuries. They've done XRays and a Eye Exam. My Broken teeth still haven't been fixed nor have I seen a doctor yet.

I have been force by lack of professional help to attempt to physically Rehabilitate myself. No pictures have even been take other then the "Emergency Room Record", (Exhibit "A"). And or "Diagram of Injury".

FLORIDA DEPARTMENT OF CORRECTIONS
## EMERGENCY ROOM RECORD

**Check all that apply:**   ☑ Inmate   ☐ Employee   ☐ Visitor
☑ Post-Use-of-Force Exam   ☑ Injury   ☐ Physical Altercation

All inmates must be examined by medical personnel following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA must review this form and sign it on the next working day.

Time of occurrence: _about 16:50 on 12/28/16_   Time of exam: _1640 on 12/29/16_

Description of occurrence:
_Im states that he asked to talk privately a officers to inform them of a situation that was going on in the dorm. Im states the officer took him to the laundry room & started beating on him, then called for assistance, then sprayed him. Im states that his only "resistance" was trying to defend himself. Im denies assaulting officers._

Post Use of Chemical Agent Instructions: Shower without soap?   ☐ N/A   ☑ Yes _done 12/28/16 at site_   ☐ Refused →   ☐ educated on importance of showering
☐ Report any difficulty breathing   ☐ Remain in upright position   ☐ Do Not apply lotion to the skin   ☐ Splash cool water to eyes 5-10 minutes

Vital Signs:   Temperature _99.3_   Pulse _104_   Respiration _18_   O2 Sat _99%_%   Blood Pressure _169/112_

Arrived via:   ☑ Ambulatory   ☐ Stretcher   ☐ Wheelchair   ☐ Other:_____

Condition on arrival (check all that apply):   ☐ Alert   ☐ Oriented x 4 (person, place, time, situation)   ☐ Responding to questions verbally
☐ Other (requires description in examinations summary)
☑ C/O pain? If checked, where? _face, (Lt side); Lt neck, Rt knee, Lt large toe._

Examination summary: _abrasions where cuffs are on both hands; swelling to both eyes & Rt side nose; Lt cheek slightly swollen. Swelling to Lt side of neck, tender to touch; a 3 cm "rug abrasion" to Rt shoulder; 2 small (1 cm) abrasions to Rt shoulder. Rt knee extremely tender to touch but only slightly swollen; feels soft to touch. Lt large toe is swollen & is swollen and red about it inches, above the toe. An abrasion to the Rt scalp about 5 cm long._

Physician notified?   ☐ No   ☑ Yes   Name: _____

Treatment provided?   ☐ No   ☑ Yes   If yes, describe: _VS, assessment; IBuprophen_

Response to Treatment: _Satisfied to be reassessed._

Disposition:   ☐ Population   ☑ Confinement   ☐ Infirmary   ☐ Hospital   ☐ Rescue   ☐ Other (explain):

Discharge Instructions and Education:
_ask for IBuprophen as needed take only c meals; please sick call in to be reassessed as needed._

Health Care Provider's Signature and Stamp: _S. Hancock, (n)_   Date/Time: _12/29/16_
S. Hancock
Registered Nurse
Suwannee

Reviewing Physician's Signature and Stamp: _____   Date/Time: _____

**Name** _Johnson, Gregory_
**DC#** _L05280_   Race/Sex _B/M_
**Date of Birth** _____/81_
**Institution** _SWCI / AX_

Inmate Distribution:
[signature — Figueroa, MD]
04214/04215

White—Health Record
Canary—Inspector General
Pink—Local Requirements

Employee Distribution:
White—Safety Officer/Designee
Canary—Employee Copy
Pink—DESTROY

DC4-701C (Effective 12/12)

# FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
### DIAGRAM OF INJURY



Date of occurrence 12/28/16      Time of occurrence 1650
Date injury assessed by medical 12/29/16      Time injury assessed by medical 16 40

☐ No injury identified

Description of injury ① swelling Rt face ② 4.5cm abrasion to Rt of midline scalp;
③ Lt back swelling; ④ & ⑤ abrasions around both wrist; ⑥ mild
swelling & tenderness Rt inner knee; ⑦ Rt large toe red and swollen &
swelling 2" above toe; ⑧ 2 small 1 cm each abrasions; ⑨ 3 cm
"rub abrasion" to Lt shoulder. Note: I'm so that he could not
stand on Rt leg due to knee; but
no deformity to indicate a
broken bone or joint dislocation
noted.

S. Hancock, RN
Registered Nurse
Suwannee CI

Staff Signature

Inmate Name Johnson Gregory
DC# 008 280      Race/Sex B/m
Date of Birth _____ 81
Institution Suwannee AX

Alexis Figueroa, MD
Physician
Suwannee CI
04214/04215

This form is not to be amended, revised, or altered without
approval by the Office of Health Services- Administration

Incorporated by Reference in Rule 33-602.210, F.A.C.

# RELIEF

WHERE FORE, PLAINTIFF RESPECTFULLY PRAY THAT THIS COURT ENTER JUDGEMENT:

GRANTING PLAINTIFF JOHNSON A DECLARATION THAT THE ACTS AND OMISSIONS DESCRIBED HEREIN VIOLATE HIS RIGHTS UNDER CONSTITUTION AND LAWS OF THE UNITED STATES, AND

A PRELIMINARY AND PERMANENT INJUNCTION ORDERING DEFENDANTS ANDERSON, McKINLEY, BRYANT TO CEASE THEIR PHYSICAL VIOLENCE AND THREATS TOWARD PLAINTIFF JOHNSON, AND CAPT. GRIFFIN. AS WELL
GRANTING PLAINTIFF JOHNSON COMPENSATORY DAMAGES IN THE AMOUNT OF $50,000 AGAINST EACH DEFENDANT, JOINTLY AND SEVERALLY.

PLAINTIFF SEEKS PUNITIVE DAMAGES IN THE AMOUNT OF $50,000. PLAINTIFF JOHNSON SEEKS THESE DAMAGES AGAINST EACH DEFENDANT, JOINTLY AND SEVERALLY.

PLAINTIFF ALSO SEEKS ~~███████~~ A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY.

PLAINTIFF ALSO SEEKS RECOVERY OF ~~████~~ HIS COST IN THIS SUIT, AND

ANY ADDITIONAL RELIEF THIS COURT DEEMS JUST, PROPER, AND EQUITABLE.

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

HAMILTON CORRECTIONAL FACILITY

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

EXCESSIVE FORCE / ASSUALT

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

AT SUWANNE CORRECTIONA INSTITUTION

2.  What did you claim in your grievance?

EXCESSIVE FORCE / ASSUALT By CORRECTION OFFICALS

3.  What was the result, if any?

THEY DENIED MOST AND NO RESPONSE TO OTHERS

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I FIRST TOOK MY GRIEVANCE DIRECTLY TO TALLAHASSEE DUE TO THE SEVERITY OF THE CASE, BECAUSE I WAS NOT GETTING ANY RESPONSE BACK FROM AN INSTITUTIONAL LEVEL AND TO MY KNOWLEDGE THERES NO PLACE TO GO AFTER TALLAHASSEE

F.   **If you did not file a grievance:**

1.   If there are any reasons why you did not file a grievance, state them here: I DID FILE But FOR SOME STRANGE REASON ANYTHING I FILED AT AN INSTITUTIONAL LEVEL WAS NEVER RETURN TO ME. SO I WENT STRAIGHT TO TALLAHASSEE BEFORE MY TIME WAS UP AND I DIDN'T GO FURTHER THE TALLAHASSEE BECAUSE THAT IS THE TOP.

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. ATTACHED IS EXHIBIT "B" WHICH ARE THE GRIEVANCES THAT WERE SENT TO TALLAHASSEE AND DENIED WHICH PROMPT ME YOU TAKE THE ROUTE OF THE 1983 MOTION.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)          N/A

Defendant(s)          N/A

2.   Court *(if federal court, name the district; if state court, name the county and State)*

N/A

3.   Docket or index number

N/A

4.   Name of Judge assigned to your case

N/A

5.   Approximate date of filing lawsuit

N/A

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition.          N/A

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____ N/A _____

   Defendant(s) _____ N/A _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____ N/A _____

3. Docket or index number

   _____ N/A _____

4. Name of Judge assigned to your case

   _____ N/A _____

5. Approximate date of filing lawsuit

   _____ N/A _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____ N/A _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____ N/A _____

<u>Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)</u>

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8-21-16

Signature of Plaintiff *Gregy Johnson*

Printed Name of Plaintiff GREGORY JOHNSON

Prison Identification # WO8280

Prison Address 5964 HIGHWAY 90

LIVE OAK          FL      32060
        City                      State      Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

_____
        City                      State      Zip Code

Telephone Number _____

E-mail Address _____

MAILED/FILED
WITH AGENCY CLERK

FEB 17 2017

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| JOHNSON, GREGORY | W08280 | 17-6-05990 | SUWANNEE C.I | G22091 |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your appeal has been reviewed and evaluated.

The subject of your grievance is currently under review by the Departmental Staff.  At the conclusion of that review appropriate and necessary action will be taken.

As this process was initiated by the Department prior to the receipt of your grievance, your request for action by this office is denied.

J. Adams

_____
SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST.
WARDEN, OR SECRETARY'S
REPRESENTATIVE

2/14/17
DATE

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED

FEB 06 2017

Department of Corrections
Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☒ Warden          ☐ Assistant Warden          ☒ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Johnson | Gregory | C | W08280 | Suwannee |
|---|---|---|---|---|
| Last | First | Middle Initial | DC Number | Institution |

---

Part A – Inmate Grievance          17-6-05990

ON 12.09.16 I was placed in confinement shower And sprayed with chemical agents by cpt (NAME unknown) The Chemical Agents came After I HAD Been Beaten By Sgt. Mc Kinley, C/o Bryant, C/o Roman and Capt. Geiffen. THE Chemical AGENTS were Used As punishment contrary to ch.33.602.220 which prohibits officers From committing This Type oF Act. Further, The camera shows me getting sprayed in multiple time in Confinement shower (Camera will show this, Also it will show various C/o's coming to shower SAYING THAT HAD Nothing To Do with illegal & Application of Chemical AGENTS) Moreover, This improper use of chemical AGENTS is Highlighted By THE FACT Their is NOTHING To BACK up This UNWARRANTED Action. GRIEVANT RECIEVED NO DR report THAT would Justify capt. using Four cans oF Chemical AGENTS in DIFFERENT Confinement wings while I was HANDCUFFED in shower.

These Acts were committed by Dics AND vARious C/o's present in confinement.

( I HAVE Yet to recieved Response to FileD Grievance within 30 days so I'm proceeding to NEXT LEVEL )

| 1.28.17 | Gregory Johnson W08280 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:

231-17-C95

Sst. McKinley
Cpt. Griffen
10h   #          Signature
Sgt. Bryant
officer Roman   DF   230

CA

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

RECEIVED

JAN 31 2017

ASSISTANT WARDEN-PROGRAMS
SUWANEE CORRECTIONAL INST.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____   Institutional Mailing Log #: _____

_J. Mollard_ (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

# INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Mail Number: _____
Team Number: _____
Institution: _____

**TO:** (Check One)
- [ ] Warden
- [✓] Asst. Warden
- [ ] Classification
- [ ] Security
- [ ] Medical
- [ ] Mental Health
- [ ] Dental
- [ ] Other _____

| FROM: | Inmate Name GREGORY JOHNSON | DC Number W08280 | Quarters P2-203 | Job Assignment N/A | Date 1-25-17 |
|---|---|---|---|---|---|

**REQUEST** INFORMAL GRIEVANCE          Check here if this is an informal grievance [✓]

I'VE PLACE TWO OR THREE REQUEST IN TO THE PROPERTY EACH WEEK SINCE I'VE BEEN AT THIS CAMP FROM HAMILTON. I'M CURRENTLY IN D.C. CONFINEMENT AND I HAVE NOT RECIEVE ANY OF THE PROPERTY THAT I'VE REQUESTED WHICH I'M ALLOWED TO HAVE. I HAVE PROPERTY SLIPS FROM THIS CAMP AS WELL AS HAMILTON TO SHOW PROOF THAT I HAVE PROPERTY. I EVEN HAVE RECIEPTS HERE ON MY PERSON TO PROVE THAT some OF MY PROPERTY DID FOLLOW ME FROM HAMILTON.

All requests will be handled in one of the following ways: 1) Written Information or   2) Personal Interview.  All informal grievances will be responded to in writing.

Inmate (Signature): _Gregory Johnson_          DC#: W08280

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE** 231-1701-0209          DATE RECEIVED: JAN 26 2017

Sgt. Jackson was contacted at Hamilton CI Annex about your property and stated that she doesn't have any of your property and that it was all sent with you.

[The following pertains to informal grievances only:

Based on the above information, your grievance is _Denied_. (Returned, Denied, or Approved).  If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): A Harrell Sgt | Official (Signature): A Harrell Sgt | Date: 1-30-17 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

MAILED/FILED
WITH AGENCY CLERK

FEB 0 3 2017

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| JOHNSON, GREGORY | W08280 | 17-6-05070 | SUWANNEE C.I | G22091 |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your appeal has been reviewed and evaluated.

The subject of your grievance is currently under review by the Departmental Staff. At the conclusion of that review appropriate and necessary action will be taken.

As this process was initiated by the Department prior to the receipt of your grievance, your request for action by this office is denied.

T. Bowden

_____
SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

*7. Bowden*
SIGNATURE OF WARDEN, ASST.
WARDEN, OR SECRETARY'S
REPRESENTATIVE

2/2/17
DATE

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED
FEB 06 2017
Department of Corrections
Inmate Grievance Appeals

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Johnson | Gregory | G | WD8280 | Suwannee |
|---|---|---|---|---|
| Last | First | Middle Initial | DC Number | Institution |

---

Part A – Inmate Grievance          17-6-05988

ON 12.28.'16 procedure was violated by Hamilton. I was physically assaulted by St. McKinley, C/o Bryant, C/o Romen & cept. Griffen – I was punched and kicked by these C/os. I was numerous ⊗injuries( knocked out loose teeth, gashes in my head, wounds in my back, Broke toe, Groin pain, impaired vision, cut on right eye, swollen right jaw, Fractured nose, cuts on Both shoulders, scrapes on chest, cuts on wrist, Bruising on Both knees etc) Nonetheless, I was never given a use of force pape to list what happened to me. Dr log# 250-162414 proves I was beaten however their is data No evidence of this assault been properly Documented. Hamilton CI tryed to cove up what was Done to me. I have ~~to~~ List # complaint w/ the Division of Risk Management to proceed to court for the injustice I have suffered at the hands of DOC.

I'm proceeding to next level Becaux Grievance wasn't responded to w/± 30 Days

| 1.22.17 | _signature_ WD8280 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

Capt. Griffen

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

231-17-093

10n
Sgt. McEilley
officer Bryant
officer Romen

Signature
DF 230

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

RECEIVED
JAN 31 2017

Submitted by the inmate on: _____
~~SUWANEE CORRECT. COMPLAINT~~

Receipt for Appeals Being Forwarded to Central Office

Institutional Mailing Log #: _____

_signature_
(Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

MAILED/FILED
WITH AGENCY CLERK

FEB 17 2017

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| JOHNSON, GREGORY | W08280 | 17-6-05988 | SUWANNEE C.I | G22091 |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your appeal has been reviewed and evaluated. The subject of your grievance was previously referred to the Office of the Inspector General. It is the responsibility of that office to determine the amount and type of inquiry that will be conducted. This inquiry/review may or may not include a personal interview with you. Upon completion of this review, information will be provided to appropriate administrators for final determination and handling.

As this process was initiated prior to the receipt of your appeal, your request for action by this office is denied.

J. Adams

| _____ | J. Adams | 2/14/17 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

MAILED/FILED
WITH AGENCY CLERK

FEB 1 7 2017

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| JOHNSON, GREGORY | W08280 | 17-6-05989 | SUWANNEE C.I | G22091 |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your appeal has been reviewed and evaluated. The subject of your grievance was previously referred to the Office of the Inspector General. It is the responsibility of that office to determine the amount and type of inquiry that will be conducted. This inquiry/review may or may not include a personal interview with you. Upon completion of this review, information will be provided to appropriate administrators for final determination and handling.

As this process was initiated prior to the receipt of your appeal, your request for action by this office is denied.

J. Adams

| | J. Adams | 2/14/17 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

FLORIDA DEPARTMENT OF CORRECTIONS

**RECEIVED**

FEB 06 2017

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

Department of Corrections
Bureau of Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden ☐ Assistant Warden ☒ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Johnson | Gregory | G | W08280 | SUWANNEE |
|---------|---------|---|--------|----------|
| Last | First | Middle Initial | DC Number | Institution |

---

Part A – Inmate Grievance    17-6-05989

ON 12.28.17 I was physically beaten By Sgt. McKinley,
C/o Bryant, C/o Romer, & Capt Griffen. I was Dragged into
Confinement confinement where the Handcuffs were used as
punishment contrary to ch. 33.602.220. These Handcuffs Digged
into my Skin, And created Deep abrasions to cut into my skin.
wrist. I was Handcuffed by one of the afore named
C/os (C/o Bryant) After I was Brutally Beaten.

I Filed + grievance 30 Days ago that was NEVER Responded
To so I proceeded to Next Level

| 1.27.17 | ~~signature~~ W08280 |
|---------|----------------------|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

Capt. Griffen

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**    231-17-094   Sgt. McKinley   106

officer Bryant   DF 230

Signature

INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**RECEIVED**

JAN 31 2017

Submitted by the inmate on: _____
Assistant Warden JoANS
SUWANEE CORRECTIONAL INST.

Receipt for Appeals Being Forwarded to Central Office

Institutional Mailing Log #: _____

_____
(Received by)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)    Incorporated by Reference in Rule 33-103.006, F.A.C.

07H
HS

# INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Mail Number: _____
Team Number: _____
Institution: _____

| TO: (Check One) | ☐ Warden  ☒ Asst. Warden | ☐ Classification  ☐ Security | ☐ Medical  ☐ Mental Health | ☐ Dental  ☐ Other _____ |
|---|---|---|---|---|

| FROM: | Inmate Name  GREGORY JOHNSON | DC Number  W08280 | Quarters  G2209 | Job Assignment  N/A | Date  2-6-17 |
|---|---|---|---|---|---|

**REQUEST** INFORMAL GRIEVANCE          Check here if this is an informal grievance ☒

I ARRIVED TO THIS INSTITUTION ON DEC. 28TH 2016. I WAS EMERGENCY TRANSFERED HERE FROM HAMILTON FOR BATT. ON AN OFFICER. I WAS BADLY BEATEN BY SEVERAL OFFICERS AND THEY DID USE FORCE. THIS WAS SUPPOSE TO BE DOCUMENTED BY THE NURSE BUT ALL SHE DID WAS LOOK ME OVER AND THROW ME BACK IN MY CELL. I DID A MEDICAL EMERGENCY BECAUSE I COULDN'T EAT OR SEE OR FEEL ANYTHING. I WAS CHARGED $5.00 AND THEN I WAS LOOKED OVER MORE THOROUGHLY. BUT EVEN STILL I RECIEVED NO MEDICAL TREATMENT, THE NURSE SAID THAT IN ABOUT 30 DAYS I'D BE SEEN/REVIEWED BY A DOCTOR. HERE IT IS OVER 30 DAYS AND ONE MORE SICK CALL LATER AND I STILL HAVEN'T BEEN SEEN BY A DOCTOR. MY COMPLAINT IS "(INADEQUATE MEDICAL TREATMENT)" MY HANDS HAVE NO FEELING FROM CUFFS THAT WEREN'T DOUBLE LOCKED AND MY RIGHT EYE IS CLOUDY, AND WATERS UP WHEN EVER BRIGHT LIGHTS OR SUN LIGHT IS PRESENT MOST OF THE TIME I KEEP IT CLOSED. MY STOMACH IS STILL SOUR AND GASEY.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _Grey John_          DC#: W08280

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE** 230-1702-0046          DATE RECEIVED:

You have an appointment with the eye doctor upcoming. You have been seen by nursing.

**RECEIVED**
FEB 06 2017
ASSISTANT WARDEN-PROGRAMS
SUWANEE CORRECTIONAL INST.

[The following pertains to informal grievances only.]

Based on the above information, your grievance is _Approved_. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): S. Meyer, RN/DON  Director of Nursing  Suwannee CI | Official (Signature): _____ | Date: 2/8/17 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

UTH
HS

## FLORIDA DEPARTMENT OF CORRECTIONS
### REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☑ Warden    ☐ Assistant Warden    ☐ Secretary, Florida Department of Corrections
From or IF Alleging Sexual Abuse, on the behalf of:

| Johnson Gregory G | W08280 | Suwanee |
|---|---|---|
| Last   First   Middle Initial | DC Number | Institution |

### Part A – Inmate Grievance

Deliberate indifferen/

Medical malpractice : On 12·28·16 I was shipped from Hamilton to my current location after I was physically assaulted by Sgt. McKinley, C/O Bryant, LD Roman & Capt. Griffen A couple hrs prior to shipment. Upon Arrival I was thrown into confinement cell w/o seeing medical eventhough chemical agents had been administered at Hamilton CI. On 12·29·16 when I was finally ushered in to see medical I was told their was nothing wrong with me eventhough it was clear I had been treaten at Hamilton C.I. A Bo Falsified report was report was written that I was okay, I was placed back in my cell. I declared A medical Emergency. Their I was seen by unknown nurse And listed that I had knocked out and loose teeth, gashes in my head, wounds in my Back, broke toe, Groin pain, impaired vision, cut on right eye, swollen right jaw Fractured nose, cuts on both shoulders, scrapes on chest, cuts on wrist, Bruising on both knees and deep Abrasions — still nothing was done. or I put in A sick call and in the middle of January 1·10·17 Finally saw the Nurse still nothing was done — I essentially was Force to heal on my own To cover up these C/o's wrong doing

| 1·25·17 | Grayson Johnson W08280 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

**BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

1701-230-213

| # | Signature |
|---|---|
| / | |

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

### RECEIVED

Submitted by the inmate on: JAN 31 2017
(Date)

ASSISTANT WARDEN-PROGRAMS
DISTRIBUTION: INSTITUTION/FACILITY
INMATE (2 Copies)
INMATE'S FILE
INSTITUTIONAL GRIEVANCE FILE

Receipt for Appeals Being Forwarded to Central Office

Institutional Mailing Log #: _____

J. Mallard
(Received By)

| CENTRAL OFFICE |
|---|
| INMATE |
| INMATE'S FILE - INSTITUTION/FACILITY |
| CENTRAL OFFICE INMATE FILE |
| CENTRAL OFFICE GRIEVANCE FILE |

SEE ATTACHED
RESPONSE

13/14

DC1-303 (Effective 11/13)    Incorporated by Reference in Rule 33-103.006, F.A.C.

**PART B - RESPONSE**

| JOHNSON, GREGORY | W08280 | 1701-230-213 | SUWANNEE C.I | G22091 |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has been received, reviewed & evaluated.

Investigation into your grievance reveals the following:

The incident that occurred at Hamilton CI is documented in your medical record along with the examination upon arriving at Suwannee CI. You were seen, assessed and treated with over the counter medications for documented injuries. You turned in a sick call on 1/4/17 and had an appointment on 1/9/17 to be seen, however when the nurse came you were Heighten Security threat, unable to be pulled and rescheduled for 1/17/17. You were seen, evaluated and a vision acuity test perform. Your chart was referred to the MD to review results and he has written a consult for you to see the eye Dr. Once that appointment comes up you will be notified via the call out. Watch for call out. If you have any further questions access sick call to address.

Based on the foregoing your grievance has been DENIED.

You may obtain further administrative review of your complaint by obtaining form DC1-303.  Request for Administrative Review or Appeal, Completing the form, providing attachments as required by 33-103.007(3)(a) and (b), F.A.C. and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun, Tallahassee, Fl. 32399-2500, within Fifteen(15) days from date of this response.

MAILED 2/14/17
CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

| | F. MOCK ASSISTANT WARDEN | 2/13/17 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

Denis A. Vilchez, MD
Medical Director
Suwannee CI
04214/04215

SEALED/FILED
WITH AGENCY CLERK

FEB 0 3 2017

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| JOHNSON, GREGORY | W08280 | 17-6-05070 | SUWANNEE C.I | G22091 |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your appeal has been reviewed and evaluated.

The subject of your grievance is currently under review by the Departmental Staff.  At the conclusion of that review appropriate and necessary action will be taken.

As this process was initiated by the Department prior to the receipt of your grievance, your request for action by this office is denied.

T. Bowden

---

| | *T. Bowden* | 2/2/17 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

**FLORIDA DEPARTMENT OF CORRECTIONS**

**RECEIVED**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

JAN 25 2017

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden    ☐ Assistant Warden    ☑ Secretary, Florida Department ~~of Corrections~~    DEPARTMENT OF CORRECTIONS ~~BUREAU OF APPEALS~~

From or IF Alleging Sexual Abuse, on the behalf of:

| Johnson | Gregory | C | W08280 | Suwannee |
|---|---|---|---|---|
| Last | First | Middle Initial | DC Number | Institution |

---

EMERGENCY GRIEVANCE          Part A – Inmate Grievance          17-6-05070

Falseified CM RECOMMENDATION – CM(1) RECOMMENDATION is AN ADVERSE ACTION FOR A protect CONDUCT – (RETALIATION)

(GRIEVANCE USAGE). ON 12.28.16 I was unlawfully physically assaulted by Sgt. Mckinley, c/o Bryant, c/o Rowan and Capt. Griffin. RECOMMENDATION states Sgt. Mckinley Attempt to counsel ME REGARDING count procedures And I became loud and Disorderly. However, E-Dorm Has camera And these cameras DID NOT substaniate Sgt. Mckinley claims. I simply Asked Sgt. Mckinley can I talk to him after he had finished counting. He told ME To Go to Laundry Room. Before we get to Laundry Room I tyed my shoes, Sgt. Mckinley Noticed the Action And said " I must want some Rec." I responded that I HAD A physco EMERGENCY. Once in Laundry Room Sgt. Mckinley took off his glasses and hat while c/o Bryant pulled out chemical Agents — Sgt. Mckinley then said submit to head restraints, I said " What have I Done? I just HAVE A physce EMERGENCY " That's when they began to spray me w/ chemical Agents and physically Assault me. The RECOMMENDATION states that once I was taken To the floor that I refused to walk. IF THAT was THE CASE why was'NT CAMERA REFUSED FOR USE OF FORCE WERE SECURITY REINFORCEMENTS were called? Recommendation Further states that I continously Attempted to break c/o's grasp and attempted to bite and spit on staff. So spitshield was requested. However, Their are no DR infractions to back this claim in RECOMMENDATION. By Doc policy without DR Report to back this statement then statement is UNFOUNDED and UNTRUE. Simply put, the spit shield was used As A muzzle to stop ME From calling out for Help to inmates present in nearby dorms. When I made it to confinement shower, I Asked inmates to be my witness to acts (unlawful use of Chemical agents) AND Threats by staff. In confinement I was sprayed in Different confinement wings with Handcuffs behind my back. This handcuffs were used as punishment contrary to established law. I was beaten unmercifully by various c/o's in Laundry Room As well As on my way to CONFINEMENT. My injuries include Knocked out

| 1·20·17 | Gregory Johnson   W08280 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

---

***BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**          _____ / _____
                                                                                          #          Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: _____   Institutional Mailing Log #: _____          1/2/H (Received By)
                              (Date)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE | 747455 |
|---|---|---|---|
| | INMATE (2 Copies) | INMATE | 747458 |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY | Sgt. Mckinley |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE | CO Bryant |
| | | CENTRAL OFFICE GRIEVANCE FILE | |

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

AND Loose TEETH, gashes in head, wounds in my back, swollen Toe, Groin injury (where I was kicked), impaired vision, Cut on Right Eye, swollen Right jaw, FRACTURED NOSE, Cuts AND Abrasions on both shoulders, scrapes on chest, EXTREME Bruising on left wrist, Deep Abrasions on Both Knees— Importantly I was denied proper Medical CARE For these injuries—

Lastly, its clear From THESE injuries THAT THE MINIMUM AMOUNT OF FORCE WAS NOT USED As REQUIRED By LAW. (To prevent me From obtaining inmate AFFIDAVITS I was transferred couple hours AFTER ASSAULT.

Date  1.20.17

_Gregory Johnson_ W08080
SIGNATURE     Date