IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**GREGORY JOHNSON**
**DOC# W08280,**

    Plaintiff,

v.                                         Case No.: 3:17-cv-998-J-34JRK

**ANDERSON, ET AL.,**

    Defendants.

_____/

**MOTION TO REOPEN DISCOVERY AND EXTEND DEADLINES ON MOTIONS**

    **Tony Anderson**, **Morgan McKinley**, **Ray Bryant**, and **Isiah Griffin** ("Defendants"), through counsel, and pursuant to Rule 6(b), Fed. R. Civ. P., moves this Court to Reopen Discovery and extend the deadlines on Motions related to Discovery and Motions for Summary Judgment, and in support states the following:

1. On February 5, 2018, this Court issued a Scheduling Order related to deadlines of Discovery and Motions in this case. *See* (Doc. 13).

2. Defendants have been working on Discovery, but has been unable to complete Discovery, and is not adequately prepared to file a Motion for Summary Judgment. Defendants have not been able to complete Discovery for a number of reasons.

3. First, undersigned counsel has had several trials during the past couple of months, and had to devote a great deal of attention to the cases. The first trial affecting this case was conducted on March 21, 2018 in front of Judge Hinkle. The trial was expected to go a single day, but ended up going two (2) full days. The second trial affecting this case was

1

to be conducted on April 20, 2018 in a Florida state court case, and was expected to take three (3) days.[1] The trial was ultimately stayed prior to it beginning based on an Order from the 1st DCA. The third trial affecting this case was scheduled to be conducted in front of Magistrate Gary Jones on June 11, 2018, and ultimately was continued on June 7, 2018 to a future date. Undersigned counsel spent much of May preparing for the trial, and had little opportunity to work on issues other than the trial preparation.[2]

4. Second, during the month of May, undersigned counsel had a medical procedure scheduled for May 15, 2018. The medical procedure had to be rescheduled for May 18, 2018 due to issues outside of undersigned counsel's control. Undersigned counsel had two follow-up visits which required attendance after the procedure was completed.

5. Third, the Corrections Litigation Department of the Office of the Attorney General ("the Department") is greatly understaffed. The office is missing three (3) attorney positions, and an additional attorney is planning to leave in about two (2) weeks. The Department also has several paralegal and support positions open, and one of the paralegals has been out for several months due to being involved in an automobile accident.[3] Based on the

---

[1] The trial was scheduled for April 20, 2018 on March 1, 2018 after an Answer was filed. The scheduling of the trial was done over undersigned counsel's objections and without having any opportunity to conduct Discovery. Undersigned counsel asked for several continuances, with each of them being denied. As a result, Discovery had to be conducted in about a two (2) week timeframe due to undersigned counsel's trial during March, and was not even completed days before the trial was set to begin. The short timeframe caused Defendants in the case many problems, and ultimately, a Petitioner for Writ of Mandamus was filed in the 1st DCA. Almost all of undersigned counsel's time during the month of April was devoted to this case.

[2] Undersigned counsel has an additional trial scheduled for July 9, 2018 in front of Judge Hinkle which is currently being prepared for.

[3] The paralegal was a pedestrian whom was hit by a car while walking to work. He plans to return to work for the first-time next month.

       lack of full staffing, the attorneys within the Department have had to make up for the missing positions and cover for one another while also conducting several activities normally assigned to support staff or paralegals. This is despite the continued filing of new cases by Plaintiffs.

6. On June 18, 2018, at around 2:00 PM undersigned counsel spoke with Plaintiff telephonically regarding this Motion, and Plaintiff indicated that he does not agree to an extension. Plaintiff indicated that he may decide to file a written Response opposing this Motion.

## **MEMORANDUM OF LAW**

Pursuant to Federal Rules of Civil Procedure:

When an act may or must be done within a specified time, the court may, for good cause, extend the time:

(A) With or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires

Fed. R. Civ. P. 6(b)(1). As described above, undersigned counsel has had a series of issues the last couple of months which have required immediate attention or time away from work. The Department covering cases – such as Plaintiff's – has also had serious staffing issues, often resulting in required prioritization on deadlines. Though not a reason for an extension in every situation, or an excuse for untimely filings, there have been several issues which are at least understandable. However, Defendants would request additional time as described within this Motion.

**WHEREFORE**, Defendants respectfully request that this Court enter an Order reopening Discovery in this case and setting new deadlines for Motions related to Discovery and Motions for Summary Judgment.

Respectfully submitted,

**PAMELA JO BONDI**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Erik.Kverne@myfloridalegal.com

### CERTIFICATE OF CONFERRAL

Pursuant to 3.01(g) of this Court's Local Rules, undersigned counsel has conferred with Plaintiff on June 18, 2018 via telephonic conference at around 2:00 PM regarding this Motion, and Plaintiff indicated that he opposes this Motion at this time, and may decide to file a written response to this Motion.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Motion to Reopen Discovery and Extend Deadlines on Motions* was e-filed electronically through CM/ECF on June 18, 2018, and furnished by U.S. Mail to: Gregory Johnson, DOC# W08280, Suwannee Correctional Institution, 5964 U.S. Highway 90, Live Oak, Florida 32060 on June 15, 2018.

/s/ Erik Kverne
Erik Kverne
Assistant Attorney General
Florida Bar No. 99829
Office of the Attorney General